**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ramona Holderman, | ) | No. CV-06-3016-PHX-SMM |
| Petitioner, | ) | **ORDER** |
| v. | ) | |
| Dora B. Schriro, et al., | ) | |
| Respondents. | ) | |

On October 16, 2007, Magistrate Judge Jay R. Irwin filed a Report and Recommendation advising this Court that Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (the "Petition") (Dkt. 1) should be denied. On October, 31, 2007, Petitioner filed objections to Magistrate Irwin's Report and Recommendation. After careful consideration of the Report and Recommendation and the objections thereto, the Court hereby adopts Magistrate Irwin's Report and Recommendation.

## **STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, this Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)).

By failing to object to a Report and Recommendation, a party waives his right to challenge the Magistrate's factual findings, but not necessarily the Magistrate's legal conclusions. Baxter, 923 F.2d at 1394; see also Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998) (failure to object to Magistrate's legal conclusion "is a factor to be weighed in

1 considering the propriety of finding waiver of an issue on appeal"); <u>Martinez v. Ylst</u>, 951 F.2d
2 1153, 1156 (9th Cir. 1991) (citing <u>McCall v. Andrus</u>, 628 F.2d 1185, 1187 (9th Cir. 1980)).

### **DISCUSSION**

Having reviewed Petitioner's Petition and, thereafter, having reviewed the Magistrate Judge's Report and Recommendation and the record <u>de novo</u>, this Court agrees with Magistrate Irwin's conclusions. In particular, the Court agrees that Petitioner is entitled to the application of *Blakely*, her conviction not being final until after the conclusion of her PCR proceeding. However, no *Blakely* violation occurred, inasmuch as Petitioner admitted a prior conviction, which was sufficient to authorize her aggravated sentence. Accordingly, Petitioner's Ground One is without merit and is denied. Furthermore, Petitioner failed to assert cause or prejudice to excuse her default. Petitioner's Ground Two was not properly exhausted and is now procedurally defaulted. Accordingly, Ground Two is dismissed with prejudice. Consequently, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

### **CONCLUSION**

For the reasons set forth,

**IT IS HEREBY ORDERED** that Ground Two (Notice) of Petitioner's Petition for Writ of Habeas Corpus, filed December 15, 2006 (Dkt. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the remainder of Petitioner's Petition for Writ of Habeas Corpus, filed December 15, 2006 (Dkt. 1) is **DENIED**. The Clerk of Court shall terminate this action accordingly.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to all parties, as well as to Magistrate Jay R. Irwin.

DATED this 1st day of November, 2007.

_____
Stephen M. McNamee
United States District Judge